IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 16-371 |
| | : | |
| FRANCISCO SEVERINO-ORTEGA | : | |

## ORDER

**AND NOW**, this 18th day of October 2016, upon consideration of Defendant's Motions: to prospectively join in co-defendants' motions (ECF Doc. No. 32); for disclosure of exculpatory evidence (ECF Doc. No. 34); requiring government agents to retain rough notes (ECF Doc. No. 35); early production of Jencks Act materials (ECF Doc. No. 36); and, the United States' omnibus Response (ECF Doc. No. 39), and following oral argument during yesterday's Pretrial Hearing, it is **ORDERED** Defendant's Motions (ECF Doc. Nos. 32, 34, 35, 36) are **DENIED without prejudice** to be renewed, if warranted, following the United States' fulsome and immediate production of discovery.

KEARNEY, J.